# UNITED STATES DISTRICT COURT
## District of Minnesota

Harold H.G. Edwards,

Plaintiff(s)

-vs- Civil Action 00-2416 DWF/AJB

David E. Culbertson, individually,
Culbertson Law Offices, and
Richard David Smith

Defendant(s).

## CLERK'S ENTRY OF DEFAULT

It appearing that defendant(s) Culbertson Law Offices is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**DEFAULT IS HEREBY ENTERED** against

Culbertson Law Offices

this 11th day of December, 2000.

FRANCIS E. DOSAL, CLERK

By [signature]
Deborah D. Bell, Deputy Clerk