**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

HAROLD H. G. EDWARDS,

Plaintiff,

v.

DAVID E. CULBERTSON,
CULBERTSON LAW OFFICES,
and RICHARD DAVID SMITH,

Defendants.

Civil No. 00-2416 (DWF/AJB)

**ORDER OF REFERENCE**

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), Defendant David E. Culbertson's Motion to Dismiss for Lack of Personal Jurisdiction and Insufficient Service of Process (Doc. No. 15) and Plaintiff's Motion to Strike Defendant's Reply Memorandum (Doc. No. 13) are referred to Magistrate Judge Arthur J. Boylan.

Counsel are directed to contact Kathy Thobe, Magistrate Judge Boylan's Calendar Clerk, at 651-848-1210, to reschedule the motions.

Dated: February 28, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed FEB 28 2001
Francis E. Dosal, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________