**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

HAROLD H.G. EDWARDS,

Plaintiff,

v.

DAVID E. CULBERTSON, ET AL.,

Defendants.

Civil No. 00-2416 DWF/AJB

**ORDER**

---

The above matter is before the Court upon Plaintiff's Motion for Declaratory Relief and Permission to Conduct Discovery. Based on the file, affidavits, memoranda and arguments of counsel,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion **denied** [Docket No. 21].

Dated: 4/13/01

Arthur J. Boylan
United States Magistrate Judge

FILED APR 16 2001
CLERK
DEPUTY CLERK