**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

HAROLD H. G. EDWARDS,

Plaintiff,

v.

DAVID E. CULBERTSON, individually;
CULBERTSON LAW OFFICES; and
RICHARD DAVID SMITH,

Defendants.

Civil No. 00-2416 (DWF/AJB)

**ORDER**

---

Harold H. G. Edwards, Pro Se, 1595 Wachtler Avenue, Mendota Heights, MN 55118, Plaintiff.

Thomas C. Kayser, Esq., Robins, Kaplan, Miller & Ciresi, 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402-2015, and Bruce H. Wilson, Esq., Wilson Law Office, 1225 Market Street West, Akron, OH 55313, counsel for Defendants.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan dated April 13, 2001. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** THAT:

1. Plaintiff's Motion to Strike (Doc. No. 13) is **DENIED**.

2. Defendant David E. Culbertson's Motion for Dismissal (Doc. No. 15) is **GRANTED IN PART** and **DISMISSED IN PART**.

FILED MAY 07 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

3. To the extent that it moves for dismissal upon grounds of insufficiency of service of process, Culbertson's motion presents no controversy and is therefore **DISMISSED AS MOOT**.

4. To the extent that it moves for dismissal upon grounds of lack of personal jurisdiction, Culberton's motion is **GRANTED**.

5. Plaintiff's cause of action against Defendant David E. Culbertson is **DISMISSED WITHOUT PREJUDICE**.

Dated: May 7, 2001

DONOVAN W. FRANK
Judge of United States District Court