# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 02-1254

| | | |
|---|---|---|
| Harold H.G. Edwards,<br><br>Appellant,<br><br>vs.<br><br>David E. Culbertson; Culbertson Law Offices; Richard David Smith,<br><br>Appellees. | * * * * * * * * * * | Appeal from the United States District Court for the District of Minnesota<br><br>00-2416 DWF/AJB |

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

May 6, 2003

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

(47)

JUN 0 2 2003

JUDGMENT ENTD
DEPUTY CLERK